No. 523, Misc. GARTNER v. OVERHOLSER, SUPERINTENDENT, ST. ELIZABETHS HOSPITAL. Motion for leave to file petition for writ of habeas corpus denied.